SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JUN 23 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRACEY CARTER                                                           PLAINTIFF

VS.                                        CIVIL ACTION NO. 3:23cv400-TSL-RPM

TOTAL TRANSPORTATION
OF MISSISSIPPI, LLC, and JOHN
DOES 1-5                                                              DEFENDANTS

# COMPLAINT
## (JURY TRIAL DEMANDED)

COMES NOW the Plaintiff, Tracey Carter, by and through counsel, Pickard Law Firm, PLLC, and files this action against Defendants, Total Transportation of Mississippi, LLC, and John Does 1-5, for failure to hire in violation of the Americans with Disabilities Act of 1990, and in support thereof the Plaintiff would show unto the Court the following facts, to-wit:

## PARTIES

1. Plaintiff, Tracey Carter, is an adult resident citizen of Rankin County, Mississippi.

2. Defendant, Total Transportation of Mississippi, LLC, hereafter "Total Transportation" is a Mississippi Limited Liability Company who may be served with process of this Court by serving their Registered Agent, Corporation Service Company, 109 Executive Drive, Suite 3, Madison, Mississippi 39110.

3. Defendants John Does 1-5, who are unknown to Plaintiff at this time, are employees and/or agents of Defendant Total Transportation.

## JURISDICTION AND VENUE

4. This Court has federal question jurisdiction and venue is proper in this Court.

## STATEMENT OF THE FACTS

5. The Plaintiff, at all times complained of herein, has a disability and/or is disabled as defined by the Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117 in that she must use a walker for assistance with her limited mobility. Plaintiff suffers from other medical conditions to be shown at the trial of this cause.

6. On or about May 3, 2021, the Plaintiff applied for the vacant position of collection clerk with Defendant Total Transportation. On or about May 10, 2021, the Plaintiff was interviewed for the vacant position.

7. The Plaintiff was more than qualified for the vacant position having had over ten (10) years of related job experience in that position and could easily perform the essential functions of the job regardless of her disability.

8. The Plaintiff followed up with Total Transportation on at least two (2) occasions, via email, regarding the status of the position after her interview. The Plaintiff received no response and was not informed that the position had been filled.

9. On or about September 14, 2021, the Plaintiff learned that she was not selected for the position with Defendant Total Transportation.

## CAUSE OF ACTION
## COUNT I

10. Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 9 above as if fully copied herein.

11. Defendants Total Transportation and John Does 1-5, discriminated against the Plaintiff by failing to hire her due to her disability in violation of the Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

12. Plaintiff has suffered damages and injuries as results of Defendants' actions and/or inactions.

## COUNT II

13. Plaintiff re-alleges and incorporates all averments set forth in paragraphs 10 through 12 above as if fully incorporated herein.

14. By their actions, Defendants intentionally inflicted emotional distress upon Plaintiff. Defendants' actions have been such to evoke outrage and revulsion. The Defendants' behavior has been malicious, willful, wanton, grossly careless, indifferent, and reckless.

15. The effect of these actions on Plaintiff was reasonably foreseeable.

16. Plaintiff has suffered injury as a result of the Defendants' actions.

## ADMINISTRATIVE PROCESS

17. The Plaintiff properly, and in a timely manner, filed a complaint with the United States Equal Employment Opportunity Commission regarding the Defendants' discriminatory conduct. On March 28, 2023, the United States Equal Employment Opportunity Commission issued Plaintiff's Notice of Right to Sue letter, a true and correct copy of said letter is attached hereto as Exhibit "A."

## PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, the Plaintiff, Tracy Carter, respectfully prays that upon hearing of this matter by a jury, that she be granted the

following relief in an amount to be determined by the jury:

1. Past, present and future lost wages;
2. Compensatory damages;
3. Punitive damages
4. Attorney's fees;
5. Pre-judgment and Post-judgment interest;
6. Lost benefits;
7. Costs and expenses; and
8. Any other relief to which she may be properly entitled.

THIS the 23rd day of June, 2023

Respectfully submitted,

TRACY CARTER

BY: _____
JON-MARC KING

Of Counsel:

Jon-Marc King, MSB # 9736
PICKARD LAW FIRM, PLLC
Post Office Box 310
Hazlehurst, Mississippi 39083
(601) 894-3311
marc@thepickardlawfirm.com
ATTORNEY FOR PLAINTIFF