```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

TRACEY CARTER                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:23-cv-400-TSL-RPM

TOTAL TRANSPORTATION OF
MISSISSIPPI, LLC, and
JOHN DOES 1-5                                             DEFEMDANTS

### JUDGMENT

In accordance with the court's order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 10th day of August, 2023.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

1